■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ESTREMERA, Appellant. [21 NYS3d 622]—Order, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered November 19, 2010, which, to the extent appealable as a judgment of resentence, reimposed defendant's original prison sentence pursuant to Penal Law § 70.85 without imposing a period of postrelease supervision, unanimously affirmed.

Even assuming, without deciding, that this appeal is properly before us as an appeal from a judgment of resentence (*see People v Covington*, 88 AD3d 486, 486-487 [1st Dept 2011], *lv denied* 18 NY3d 858 [2011]), notwithstanding that the court's order expressly states: "No resentence. Original sentence with no PRS stands," we find no basis for a remand. Defendant was not adversely affected by any alleged procedural defect in the court's determination, including the fact that he was not present when the court let stand his original sentence, "because the result, i.e., freedom from having to serve a term of PRS, was in his favor" (*id.* at 486; *see also People v Mills*, 117 AD3d 1555, 1556 [4th Dept 2014], *lv denied* 24 NY3d 1045 [2014]). Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.